Court of Appeals.
Seventh District of Texas.
P. O Box 9540
Amarillo, Tx 79105-9540.



FILED
SEP 0  2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

8. 31. 15.

Re: 07-15-00090-CV.
    Evangelos Pagonis V. Catherine Thomas.

Dear Clerk.

    Is it possible for you in laymans term, explain the Judgment in this cause, is the County Court to Rehear or Rejudge this Case. It Has been now 30 + days and no word from any Court or Authority. If the Judgment is Vacated in the County Court, does this Require a Rehearing or Trial ? This chapter 14 motion is not valid as a detraul, I am Confussed and stressed, Due to no notification on the outcome from County Court. Sorry for this But I must know and not Rely on others interpretation of what is written. Please in laymans term, what is to Happen next.

                              Sincerely.
                              Evangelos Pagonis

    Thank You Very much.

Evan Parsons
1626253
LYNAUGH UNIT
1098 S. HWY. 2037
FT. STOCKTON, TX 79735

MIDLAND / ODESSA
TX 797 1 T
31 AUG 2015 PM

Court of Appeals
Seventh District of Texas.
P.O. Box 9540
Amarillo, Tx 79105-9540

79105-9540

Legal.